with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

LEWIS JOSEPH O'BRIEN and THERESA O'BRIEN, Respondents, v. MARIE FEDERMAN and LULU MORITZ, Appellants.— Motion to dismiss appeal granted, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS CHRISTIANO, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE F. A. KRUG, Appellant, v. JOSEPH A. WARREN, as Police Commissioner of the City of New York, Respondent.— Motion to dismiss certiorari proceedings denied upon condition that appellant perfect the appeal for the April, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ANTONIO SABIA and Others, Respondents, v. PAERDEGAT ICE CORPORATION and Others, Appellants.— Motion to vacate stay granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MINNIE SANDLER, Respondent, v. LINDLEY M. GARRISON, as Receiver of the NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ELTO REALTY CORPORATION, Respondent, v. DAVID H. EDELSOHN, Appellant. (Action No. 1.) — Judgment unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.

ELTO REALTY CORPORATION, Respondent, v. DAVID H. EDELSOHN, Appellant. (Action No. 2.) — Judgment unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title, etc., for the Purpose of Establishing a Public Beach, etc. WEST TENTH STREET REALTY CORPORATION, Appellant.— Order denying motion to resettle case on appeal reversed upon the facts, without costs, and motion granted, without costs. While as at present advised this court is of opinion there is no relation between the matter sought to be inserted in the case on appeal and the claim of the appellant, the questions involved are so intricate that it is deemed advisable to permit the matter to be printed as a part of the record. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

CHARLOTTE E. PERSHALL, Respondent, v. HIRAM ELLIOTT, as Executor, etc., of DAVID B. PERSHALL, Deceased. ANNA HADLEY ELLIOTT and AGNES ESTELLE LAWYER, Appellants, Impleaded with JOSEPHINE SLOAT ALGER, Defendant.— Judgment modified by striking out the provision as to costs in so far as the individual defendants are concerned, and as so modified unanimously affirmed, without costs. While we are of opinion that the conclusion reached by the learned trial justice was correct, we hold that since the individual defendants are innocently involved, they should not be charged with costs in this equity action. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.